RATNER et, d. b. a. ROGERS & COMPANY, Plaintiff-Appellant v. McVEY, Defendant-Appellee.

Ohio Appeals, Second District, Franklin County.

No. 3562. Decided May 4, 1943.

David A. Peiros, Columbus, for plaintiff-appellant.
Knepper, White & Dempsey, Columbus, for defendant-appellee.

## OPINION

BY THE COURT:

Submitted on the motion of defendant-appellee to dismiss the appeal for failure of appellant to file briefs and assignments of error as provided by Rule VII of this court.

Appellant has filed no answering brief to the motion to dismiss although more than ten days have elapsed since notice given of the filing of the motion, and has failed to observe Rule VII.

Therefore, no good cause appears why the motion should not be sustained.

Motion sustained. Appeal dismissed.

BARNES, P. J., HORNBECK and GEIGER, JJ., concur.